RICHARDSON and Others *v.* THE STATE.—In error.

THE prosecuting attorney applied to the Circuit Court, under the statutes of 1832 and 1835, for judgment vesting in the state certain land belonging to the plaintiffs in error, for the non-payment of taxes. The land was described in the school commissioner's list as follows : " *Richardson's* heirs, 56 acres in the S. E. quarter of section 8, township 12, range 13." *Held,* that the description of the land was too imperfect to authorise the judgment applied for.